# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   Case Nos.   3:04cr106/LAC/CJK
                 3:13cv457/LAC/CJK

**DARREN WAYNE EDEKER**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 22, 2013 (doc. 52). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). In response, defendant filed a "Traverse Response" (doc. 53) with an attached proposed amended motion to vacate on the court form, which the Court construes as objections to the Report and Recommendation.

I have made a de novo determination of these materials and, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 51) is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of October, 2013.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**