IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.

DARREN WAYNE EDEKER,
Fed. Reg. No. 06015-017

_____/

Case Nos.    3:04cr106/LAC/EMT
             3:15cv364/LAC/EMT

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 24, 2015 (doc. 57).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 56), is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of October, 2015.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**